NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3307

MYRON L. SIPE,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Myrrel C. Hendricks, Jr., Gebhardt & Associates, LLP, of Washington, DC, argued for petitioner.

Elizabeth M. Hosford, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Hillary A. Stern, Senior Trial Attorney.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3307

MYRON L. SIPE,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      SF1221060279-W-3

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER, and BRYSON, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED November 13, 2009      /s/ Jan Horbaly
Jan Horbaly, Clerk